**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

VICTOR MARTE,

Petitioner,

-against-

WALLKILL CORRECTIONAL FACILITY, SUPERINTENDENT,

Respondent.

-----------------------------------------------------------X

25 **CIVIL** 6771 (JGLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2026, the Petition for Writ of Habeas Corpus is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**